In the Matter of ROBERT COLEGROVE, Appellant, against DEPARTMENT OF PUBLIC WORKS OF STATE OF NEW YORK et al., Respondents.

Submitted November 24, 1952; decided January 15, 1953.

*Wilbur F. Knapp* for motion.

No one opposed.

Motion dismissed upon the ground that the motion papers do not comply with rule 21 of the Rules of the Court of Appeals. [See 304 N. Y. 838.]